WARREN R. PABOOJIAN (SB #128462)
JASON S. BELL (SB # 213234)
jsb@bep-llp.com
BARADAT, EDWARDS & PABOOJIAN LLP
7050 N. Fresno Street, Suite 201
Telephone:  (559) 431-5366
Facsimile:  (559) 431-1702

Attorneys for Plaintiff
JEWEL A. JOHNSON

RAYMOND W. BERTRAND (SB# 220771)
raymondbertrand@paulhastings.com
CATHERINE E. CAOUETTE (SB# 234714)
catherinecaouette@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
4747 Executive Drive
12th Floor
San Diego, CA  92121
Telephone:  (858) 458-3000
Facsimile:  (858) 458-3005

Attorneys for Defendants
MOTHERS WORK, INC., MOTHERS WORK
SERVICES, INC., and DESTINATION MATERNITY
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWEL A. JOHNSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>MOTHERS WORK, INC., et al.,<br><br>             Defendants. | Case No. 1:09-CV-01708-LJO-GSA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between the parties hereto,
2  through their respective counsel, that Plaintiff JEWEL A. JOHNSON shall dismiss,
3  and hereby does dismiss, all claims against Defendants MOTHERS WORK, INC.,
4  MOTHERS WORK SERVICES, INC., and DESTINATION MATERNITY
5  CORPORATION and this entire action, with prejudice, pursuant to Federal Rule of
6  Civil Procedure 41(a) with each side to bear its own costs and attorneys' fees.

DATED: November ___, 2009     BARADAT, EDWARDS & PABOOJIAN


By:_____
        WARREN R. PABOOJIAN

Attorneys for Plaintiff
JEWEL A. JOHNSON

DATED: November ___, 2009     PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:_____
        RAYMOND W. BERTRAND

Attorneys for Defendants
MOTHERS WORK, INC., MOTHERS WORK SERVICES,
INC., and DESTINATION MATERNITY CORPORATION

1 ORDER

2

3     WHEREAS, the parties having stipulated, pursuant to Federal Rule of
4 Civil Procedure 41(a), IT IS ORDERED that all claims against Defendants
5 MOTHERS WORK, INC.; MOTHERS WORK SERVICES, INC.; and
6 DESTINATION MATERNITY CORPORATION and this action, are dismissed
7 with prejudice with each side to bear its own costs and attorneys' fees.

8

9 DATED:  _December 8, 2009_        __/s/ Lawrence J. O'Neill_____
                                                                Judge, United States District Court
10